THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VONNIE M. CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>Defendant. | CASE NO. C13-1786-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. (Dkt. No. 19). Having reviewed the R&R, the Administrative Record, and the parties' briefing, the Court hereby ORDERS as follows:

(1)   The Report and Recommendation is ADOPTED;

(2)   The Commissioner's decision is AFFIRMED; and

(3)   The Clerk is respectfully directed to provide copies of this Order to all counsel and to Judge Theiler.

//
//
//
//

DATED this 29th day of May 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE